United States District Court
District of Maine

| | |
|---|---|
| Siera L. Boucher, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Docket No. 1:21-cv-00099-DBH |
| | ) |
| Community Surgical Supply | ) |
| of Toms River, Inc., | ) |
| | ) |
| Defendant. | ) |

## Stipulation of Dismissal

Under Fed. R. Civ. P 41(a)(1)(A)(ii), counsel for both parties to this action stipulate to the dismissal of this action with prejudice and without an award of attorney's fees or costs to any party.

Date: November 22, 2021        Respectfully submitted,

/s/ Carol J. Garvan
Carol J. Garvan, Esq.
Valerie Z. Wicks, Esq.
Johnson, Webbert & Garvan, LLP
160 Capitol Street, P.O. Box 79
Augusta, Maine 04330-0079
(207) 623-5110
E-mail: cgarvan@work.law
E-mail: vwicks@work.law

*Attorneys for Plaintiff*

2

/s/ Christopher P. Flanagan
Christopher P. Flanagan, Esq.
Wilson Elser Moskowitz Edelman &
Dicker LLP
260 Franklin Street, 14th Floor
Boston, Massachusetts 02110
(617) 422-5300
Christopher.Flanagan@wilsonelser.com

*Attorneys for Defendant*

## Certificate of Service

I hereby certify that on November 22, 2021 I electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Carol J. Garvan
Carol J. Garvan